UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANA DIRCIO CUAMACATECO,

                      Plaintiff,                     No. 7:23 Civ. 6814 (PMH)

       -against-

                                                   **JUDGMENT**

GIBELLO LLC D/B/A MARKET STREET, MACINA
LLC D/B/A BARBARO, LUCIANO VALDIVIA,
GIOVANNI SCAPPIN, AND NICK BROWER,

                     Defendants.
------------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Ana Dircio Cuamacateco on February 23, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Gibello LLC d/b/a Market Street, Macina, LLC d/b/a Barbaro, Luciano Valdivia, Giovanni Scappin and Nick Brower, jointly and severally, in the amount of $35,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  White Plains, New York
          February 26, 2024

                                                   **SO ORDERED:**

                                                   _____
                                                   Hon. Philip M. Halpern
                                                   United States District Judge